# SUMMONS

(CIVIL - ORIGINAL)

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

KEVIN MORAN, dba Clearwater Roof and Cistern Coating of St. Croix,

Plaintiff,

v.

WALL FIRMA, INC., and DAMTITE WATERPROOFING, INC.,

Defendant.

CIVIL NO. 2007/ 0055

ACTION FOR DAMAGES

RECEIVED JUL 23 2007

THE GOVERNMENT OF THE VIRGIN ISLANDS

**TO:** KEN CODELUPPI, PRESIDENT DEFENDANT

**ADDRESS:** 733 East Main Street, Monongahela, PA 15063-1499

Within the time limited by law (see note below) you are hereby required to appear before this Court and answer to a complaint filed against you in this action and in case of your failure to appear or answer, judgment by default will be taken against you as demanded in the complaint, for damages.

Witness my hand and the Seal of this Court this 16th day of May, 2007.

COLIANNI & COLIANNI
Attorneys for Plaintiff

WILFREDO F. MORALES
CLERK OF THE COURT

By: [signature]
Deputy

[signature]
VINCENT COLIANNI, II
Address: 1138 King Street
Christiansted, St. Croix
U.S. Virgin Islands 00820
(340) 719-1766

**NOTE:** The defendant, if served personally, is required to file his answer or other defense with the Clerk of this Court, and to serve a copy thereof upon the plaintiff's attorney within twenty (20) days after service of this summons, excluding the date of service. The defendant, if served by publication or by personal service outside of the jurisdiction, is required to file his answer or other defense with the Clerk of the Court, and to serve a copy thereof upon the attorney for the plaintiff within thirty (30) days after the completion of the period of publication or personal service outside of the jurisdiction.

## RETURN OF SERVICE

I hereby certify that I received this Summons on the 13th day of July, 2007, and that thereafter, on the 13th day of July, 2007, I did serve the same on the above-named defendant Ken Codeluppi, by showing him this original and then by delivering to him a copy of the complaint and of the summons which were forwarded to me attached hereto.

Brenda Washburn
Process Server